IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| 1. Baker Hughes Incorporated, | § | |
| 2. Western Atlas International Inc., | § § | |
| 3. Baker Hughes Oil Field Operations | § § | Judge Ward |
| Plaintiffs, | § § § | |
| vs. | § | Case No. 2:04cv22 |
| 1. Schlumberger Limited (Schlumberger NV), | § § § | |
| 2. Schlumberger Technology Corporation | § § § § | |
| Defendants | § | |

## PLAINTIFFS' NOTICE OF DISMISSAL

Plaintiffs Baker Hughes Incorporated, Western Atlas International Inc., and Baker Hughes Oil Field Operations file this Notice of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

1. Plaintiffs are Baker Hughes Incorporated, Western Atlas International Inc., and Baker Hughes Oil Field Operations; Defendants are Schlumberger Limited (Schlumberger NV) and Schlumberger Technology Corporation.

2. Plaintiffs filed their original complaint on January 23, 2004.

3. Defendants have not been served with process and have not filed an answer or a motion for summary judgment.

4. This case is not a class action.

5. A receiver has not been appointed in this action.

6. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

7. Plaintiffs have not previously dismissed an action based on or including the same claims as those presented in this suit.

8. This dismissal is without prejudice.

Respectfully submitted,

By: *Michael O. Sutton* by perm.
Michael O. Sutton
Attorney-in-Charge
Texas State Bar No. 19535300
LOCKE LIDDELL & SAPP LLP
600 Travis St., Suite 3400
Houston, Texas 77002
713-226-1200, Telephone
713-223-3717, Facsimile
msutton@lockeliddell.com

ATTORNEYS FOR PLAINTIFFS, BAKER HUGHES INCORPORATED, WESTERN ATLAS INTERNATIONAL, INC., and BAKER HUGHES OIL FIELD OPERATIONS

Of Counsel:

Matthew G. Reeves
Texas State Bar No. 00791498
LOCKE LIDDELL & SAPP LLP
600 Travis St., Suite 3400
Houston, Texas 77002
713-226-1200, Telephone
713-223-3717, Facsimile
mreeves@lockeliddell.com