IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BAKER HUGHES INCORPORATE, ET AL., §<br>    Plaintiffs                                          §<br>                                                            §<br>v.                                                        §   CIVIL ACTION NO. 2-04-CV-022 (TJW)<br>                                                            §<br>SCHLUMBERGER LIMITED                 §<br>(SCHLUMBERGER NV), ET AL.,         §<br>    Defendants                                      § | |

## ORDER

Plaintiffs filed a Stipulation for Dismissal of the case (Docket #3). Having considered the papers on file this Court is of the opinion that the Stipulation for Dismissal should be **GRANTED**. Pursuant to the Stipulation the Court **ORDERS** that all pending motions be **DENIED AS MOOT** and that the case be closed.

So **ORDERED** and **SIGNED** this 24th day of March, 2004.

T. JOHN WARD
UNITED STATES DISTRICT JUDGE